# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CHILDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFF TURNER, et al.,<br><br>　　　　　Defendants. | Case No.  1:16-cv-00974-LJO-SAB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE WITHIN FORTY-FIVE DAYS |

　　　　Plaintiff is a state prisoner proceeding pro se in this action pursuant to 42 U.S.C. § 1983.  On July 7, 2016, Plaintiff filed a complaint in this action.  Plaintiff did not pay the filing fee or submit an application to proceed without prepayment of fees.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Office of the Clerk is directed to send Plaintiff an application to proceed in forma pauperis by a prisoner;

　　　　2.　　Within forty-five (45) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

　　　　3.　　No extension of time will be granted without a showing of good cause; and

/ / /

/ / /

4. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **July 7, 2016**

UNITED STATES MAGISTRATE JUDGE